```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19447
    KRIS L MARFOE
    LANA MARFOE                              CHAPTER 13

                                             JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-9964      SSN XXX-XX-2620


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/19/07 and confirmed on 02/27/08.

    2.  The case was dismissed after confirmation, 01/30/2009.

    3.  The Debtor paid a total of $   4230.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
GREENPOINT MORTGAGE CORP  CURRENT MORTG         .00             .00              .00
GREENPOINT MORTGAGE CORP  MORTGAGE ARRE         .00             .00              .00
GMAC RESCAP LLC           SECURED               .00             .00              .00
GMAC RESCAP LLC           MORTGAGE ARRE      4416.61            .00           828.71
WACHOVIA MORTGAGE FSB     CURRENT MORTG         .00             .00              .00
WACHOVIA MORTGAGE FSB     SECURED               .00             .00              .00
WELLS FARGO FINANCIAL AC  SECURED VEHIC         .00             .00              .00
ADVANTA                   UNSECURED       NOT FILED             .00              .00
BANK ONE/JPM CHASE        UNSECURED        13616.35             .00              .00
FIRST EQUITY CARD         UNSECURED       NOT FILED             .00              .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED             .00              .00
ECAST SETTLEMENT CORP     UNSECURED         1160.70             .00              .00
GMAC PAYMENT CENTER       UNSECURED         8140.76             .00              .00
NISSAN MOTOR ACCEPTANCE   SECURED VEHIC         .00             .00              .00
WACHOVIA MORTGAGE FSB     MORTGAGE ARRE       887.13            .00           166.46
INTERNAL REVENUE SERVICE  UNSECURED       NOT FILED             .00              .00
ECAST SETTLEMENT CORP     UNSECURED         2630.53             .00              .00
B REAL LLC                UNSECURED        10600.90             .00              .00
ILLINOIS DEPT REVENUE     PRIORITY           155.98             .00              .00
ILLINOIS DEPT REVENUE     UNSECURED           33.46             .00              .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
        Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    5303.74      155.98     36182.70          .00       41642.42
PRINCIPAL PAID         995.17         .00          .00          .00         995.17
INTEREST PAID             .00         .00          .00          .00            .00
```

```
TOTAL PAID                 995.17           .00         .00          .00       995.17
```
The Debtor's attorney, PATRICK A MESZAROS         , was allowed $   3500.00
and was paid $    500.00   direct and $   3000.00   through the plan.

The Trustee received $     234.83 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE